IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:10-MJ-106-DCK |
|---|---|---|
| v. | ) | **ORDER DISMISSING COMPLAINT** |
| DANIELLE SHANESE SMITH | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Dismiss" (Document No. 11) filed November 14, 2016. Having carefully considered the motion, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Dismiss" (Document No. 11), seeking the dismissal of the criminal complaint in the above-captioned case with prejudice, is **GRANTED**.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, the U.S. Marshals Service, defense counsel, and the United States Attorney's Office.

**SO ORDERED**.

Signed: November 14, 2016

David C. Keesler
United States Magistrate Judge